# Court of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0252. DAVID ABDULLAH RASHEED v. THE STATE.**

After a jury trial, David Rasheed was convicted of child molestation and enticing a child for indecent purposes. The trial court denied his motion for new trial on May 6, 2024, and Rasheed filed a notice of appeal on Friday, June 7, 2024. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Rasheed's notice of appeal was filed 32 days after entry of the trial court's order and is thus untimely.

Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  10/02/2024

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*